

# Missouri Court of Appeals
## Southern District

## FEBRUARY 10, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33903

   Re:     IN RE THE MATTER OF:
           A.P.L.M., a minor child, by her Next Friend
           K.S.E.M., and K.S.E.M., individually and
           as Next Friend for A.P.L.M.,
           Petitioner-Appellant,
           vs.
           M.L.F.,
           Respondent-Respondent.


THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33761

   Re:     STATE OF MISSOURI,
           Plaintiff-Respondent,
           vs.
           TIMOTHY S. WILLIAMS,
           Defendant-Appellant.